```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
DR. WILLIAM BONGIORNO,                                               :
                                                                     :
                              Plaintiffs,                            :
                                                                     :
              -v-                                                    :
                                                                     :
WILLIAM BAQUET, et al.,                                              :
                                                                     :
                              Defendants.                            :
                                                                     :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/01/2020

20-cv-7288 (LJL)

ORDER REGARDING
NOTICE TO PURPORTED
PLAINTIFF CLASS
MEMBERS

LEWIS J. LIMAN, United States District Judge:

On September 17, 2020, Plaintiff filed a putative class action on behalf of "persons who purchased the securities of the Fordham Holdings Group, Inc., Fordham Financial Management Inc.[,] and Six Diamonds Resorts International Inc., and who were scammed into provided [*sic*] certain bridge loans ostensibly collateralized by Panamanian land or were otherwise enticed to invest in a Panamanian version of a Florida swampland speculators scam." Dkt. No. 4. ("Compl."), ¶ 16. The Complaint alleges, among other things, violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder. *See* Compl. ¶¶ 158-165.

Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that "[n]ot later than 20 days after the date on which the complaint is filed, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i).

2

It is hereby ORDERED that no later than October 15, 2020, Plaintiffs shall advise the Court in writing of the date and manner in which it published this notice.

SO ORDERED.

Dated: October 1, 2020
New York, New York

                                                LEWIS J. LIMAN
                                            United States District Judge