```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
DR. WILLIAM BONGIORNO and BBB LAND                                 :
HOLDINGS, S.A.,                                                    :
                                                                   :
                          Plaintiffs,                              :   20-cv-7288 (LJL)
                                                                   :
          -v-                                                      :   ORDER
                                                                   :
WILLIAM BAQUET, et al.,                                            :
                                                                   :
                          Defendants.                              :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      The Court's September 20, 2021 Opinion and Order permitted Plaintiffs an opportunity to replead to address the defects identified. Dkt. No. 117. To date, no amended complaint has been filed. If amended pleadings are not filed on the docket by November 17, 2021, the action will be dismissed with prejudice and closed.

      SO ORDERED.

Dated: November 3, 2021
      New York, New York

                                          LEWIS J. LIMAN
                                     United States District Judge