```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
DR. WILLIAM BONGIORNO and BBB LAND                               :
HOLDINGS, S.A.,                                                  :
                                                                 :
                          Plaintiffs,                            :     20-cv-7288 (LJL)
                                                                 :
          -v-                                                    :        ORDER
                                                                 :
WILLIAM BAQUET, et al,                                           :
                                                                 :
                          Defendants.                            :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      The Court permitted Plaintiffs an opportunity to replead to address the defects identified in the Court's September 20, 2021 Opinion and Order, Dkt. No. 117.  Plaintiffs were given until December 3, 2021 to file amended pleadings and were notified that the case would be dismissed with prejudice if no amendment was filed by that date.  *See* Dkt. Nos. 121, 124.  No amended pleadings have been filed.  Counsel for Plaintiffs instead filed a letter informing the Court that the action has been refiled in state court.  Dkt. No. 125.

      Accordingly, the case is hereby DISMISSED WITH PREJUDICE.  The Clerk of Court is respectfully directed to close the case.

Dated: December 6, 2021  
       New York, New York

                                                      LEWIS J. LIMAN  
                                         United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:  
DATE FILED: 12/06/2021